**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Peter C. Alfano, III
407 South King Street
Leesburg, VA 20175
2:22cv21 #2 & 3

9590 9402 6915 1104 8129 98

2. Article Number (Transfer from service label)

7021 2720 0001 3620 9103

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Crista Alfano_
☐ Agent
☒ Addressee

B. Received by (Printed Name): Crista Alfano
C. Date of Delivery: 12/15/22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
FILED DEC 19 2022
U.S. DISTRICT COURT
ELKINS WV 26241

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
  Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt