IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

**PETER C. ALFANO III,**
**and CRISTA S. ALFANO,**

        **Plaintiffs,**

v.                                                      **CIVIL ACTION NO.: 2:22-CV-21**
                                                                **(JUDGE KLEEH)**

**SNOWSHOE MOUNTAIN INC.,**
a West Virginia corporation

        **Defendant.**

## REPORT AND RECOMMENDATION, RECOMMENDING THAT MATTER BE DISMISSED WITH PREJUDICE UPON SETTLMENT OF ISSUES BETWEEN THE PARTIES

On December 12, 2022, *pro se* Plaintiffs Peter C. Alfano, III, and Crista S. Alfano, ("Plaintiffs"), filed a Complaint against Defendant Snowshoe Mountain Inc. ("Defendant"). [ECF No. 1 at 2-3]. On that same date, the Court, by the Honorable Thomas S. Kleeh, Chief United States District Judge, referred this matter to the undersigned United States Magistrate Judge, for written orders or recommendations as appropriate. [ECF No. 4].

On July 7, 2023, the undersigned convened the matter by videoconference for a Scheduling Conference. At the Scheduling Conference appeared Plaintiffs, and appeared Defendant, by and through its counsel. During the Scheduling Conference, the parties made a joint oral motion for a continuance of the Scheduling Conference, and for a stay of discovery deadlines [ECF Nos. 37, 38]. The parties requested this relief to aid in settlement discussions. The undersigned granted [ECF No. 39] the joint oral motions, and rescheduled the Scheduling Conference for July 21, 2023.

On July 21, 2023, the undersigned again convened the parties, by videoconference, and conducted the proceeding as a Status Conference. During the Status Conference, the parties

advised that they had reached settlement of all matters herein, and were in the process of exchanging and signing documents to effectuate settlement. The undersigned stated that he would enter this Report and Recommendation to recommend that the matter be dismissed and that it be stricken from the Court's active docket, given the parties' representations about settlement. The parties stated that they agreed with such a course of action.

Accordingly, based on the forgoing, the undersigned **RECOMMENDS** that this matter be **DISMISSED with prejudice** and stricken from the active docket of this Court.

Any party shall have fourteen (14) days (filing of objections) and then three days (mailing/service) from the date of the filing of this Report and Recommendation to file with the Clerk of the Court **specific written objections identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection.** A copy of such objections should also be submitted to the Honorable Thomas S. Kleeh, Chief United States District Judge. Objections shall not exceed ten (10) typewritten pages or twenty (20) handwritten pages, including exhibits, unless accompanied by a motion for leave to exceed the page limitations, consistent with LR PL P 12.

**Failure to timely file written objections to the Report and Recommendation as set forth above shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals.** Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Clerk of the Court is **DIRECTED** to send a copy of this Report and Recommendation to all counsel of record by electronic means, and to the *pro se* Plaintiffs by certified mail, return receipt requested.

Respectfully submitted on July 21, 2023.

_____
MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE

3